UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TERRENCE MONTREL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-CV-171-RLJ-HBG |
| ) | |
| CAPT. GIBSON, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, it is **ORDERED** that Defendants' motion to dismiss [Doc. 40] is **GRANTED**, and this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** with prejudice.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT